**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02510-NYW-STV

ECS BRANDS, LTD.,

        Petitioner,

v.

MICHAEL BRUBECK

        Respondent.

---

**MOTION FOR ORDER DIRECTING CLERK TO REQUEST SERVICE ON RESPONDENT MICHAEL BRUBECK BY THE MINISTRY OF JUSTICE OF THE CZECH REPUBLIC**

---

Petitioner ECS Brands, Ltd. ("Petitioner"), pursuant to Fed. R. Civ. P. 4(f)(1), hereby moves the Court for issuance of an Order Directing the Clerk to Request Service on Respondent Michael Brubeck by the Ministry of Justice of the Czech Republic. In support of the motion, Petitioner states as follows:

1. Petitioner filed the Petition to Confirm Arbitration Award in this action on September 26, 2023, against Respondent Michael Brubeck ("Brubeck" or "Respondent"). That award stems from a hard fought arbitration in which Petitioner was awarded $2,663,450.86 against Respondent, who previously was a resident of Colorado.

2. Since filing the Petition, Petitioner has expended considerable resources attempting to locate and serve Respondent in several states, territories, and countries.

3. Earlier this year, Petitioner learned that Respondent is residing in the Czech

Republic.

4. After learning of Respondent's whereabouts, Petitioner began working with an attorney located in Prague, Czech Republic to locate and serve Respondent in the Czech Republic.

5. Based on the information provided by counsel in Prague, Petitioner believes it has located Respondent's address in the Czech Republic.

6. Additionally, Petitioner has identified a limited liability company Respondent opened in the Czech Republic on August 1, 2023.

7. Over the past several months, Petitioners explored multiple methods of service, including personal service, before determining that service through the Ministry of Justice of the Czech Republic is the most reliable and feasible method under the present circumstances.

8. Federal Rule of Civil Procedure 4(f)(1) permits service on an individual "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents."

9. The United States and the Czech Republic are both parties to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"). *See* Status Table – Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, https://www.hcch.net/en/instruments/conventions/status-table/?cid=17 (last visited August 5, 2024).

10. The Hague Convention requires each "Contracting State" to "designate a Central Authority which will undertake to receive requests for service coming from other Contracting States and to proceed in conformity with the provisions of Articles 3 to 6." Exhibit 1, Hague Convention

on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") at p. 1, Art. 2.

11. Article 3 of the Hague Convention provides that the "authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request conforming to the model annexed to the present Convention." Ex. 1, Hague Convention at p. 1, Art. 3. Each party to the Hague Convention is permitted to determine who is authorized to act as a requesting authority. *See* Conclusions and Recommendations of the Special Commission on the practical operation of The Hague Apostille, Evidence and Service Conventions (28 October to 4 November 2003), Hague Conference on Private International Law, November 20, 2003, https://assets.hcch.net/docs/0edbc4f7-675b-4b7b-8e1c-2c1998655a3e.pdf. The United States has determined that, in addition to court officials, a lawyer for a party seeking service is authorized to act as a requesting authority under the Hague Convention. *See Marschhauser v. Travelers Indem. Co.*, 145 F.R.D. 605, 608 (S.D. Fla. 1992).

12. Article 5 of the Hague Convention provides that the "Central Authority of the State addressed," in this case, the Ministry of Justice of the Czech Republic, "shall itself serve the document or shall arrange to have it served by an appropriate agency," by means including "by a method prescribed by its internal law for the service of documents in domestic actions upon persons who are within its territory . . . ." Ex. 1, Hague Convention at p. 2, Art. 5.

13. Though a request may come directly from an attorney, undersigned counsel's Prague-based colleagues have indicated that identifying the Court as the requesting party on the required Request for Service Abroad of Judicial or Extrajudicial Documents (the "Request Form") is the best practice for requests sent to the Czech Ministry of Justice.

14. The Clerk's office has informed undersigned counsel that the former may not act as

the requesting party on the Request Form without an order from the Court.

15. Undersigned counsel has prepared the attached Request Form in accordance with the Hague Convention's requirements and identified the Court as the applicant and requesting authority. Exhibit 2, Request Form. The attached Request Form contains a blank signature box which may be signed by a court official or any other person or entity authorized by the rules of the Court.

16. Petitioner also intends to send the following documents as attachments to the Request Form:

   a. Petition to Confirm Arbitration Award (1)

   b. Petition to Confirm Arbitration Award - Exhibit A (1-3)

   c. Petition to Confirm Arbitration Award - Exhibit B (1-4)

   d. Civil Cover Sheet (1-1)

   e. Summons Issued by Clerk (3)

   f. Magistrate Judge Consent Form (3-1)

   g. Petitioner's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (7)

17. Petitioner has obtained certified accurate English to Czech translations of the aforementioned documents to include as attachments to the Request Form, in accordance with the Czech Ministry of Justice's requirements.

18. Petitioner requests certified copies of the aforementioned documents from the Court to include as attachments to the Request Form.

WHEREFORE, Petitioner ECS Brands, LTD., requests the Court issue an Order directing the Clerk:

1. To provide the required signatures on the attached Request Form;

2. To provide certified copies of the following documents to include as attachments to the attached Request Form:

    a. Petition to Confirm Arbitration Award (1)

    b. Petition to Confirm Arbitration Award - Exhibit A (1-3)

    c. Petition to Confirm Arbitration Award - Exhibit B (1-4)

    d. Civil Cover Sheet (1-1)

    e. Summons Issued by Clerk (3)

    f. Magistrate Judge Consent Form (3-1)

    g. Petitioner's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (7);

3. To send to the Ministry of Justice of the Czech Republic via certified mail, UPS, FedEx, or DHL, <u>two</u> copies of each of the following: (1) the signed Request Form, (2) the certified copies of the aforementioned documents, and (3) the translated documents provided by Petitioner, bound together with the corresponding certified copy of the certified copies provided by the Clerk; and

4. For such other relief the Court may deem just and proper.

DATED this 5th day of August, 2024.

> Respectfully submitted,
>
> FORTIS LAW PARTNERS LLC
>
> */s/ Michael Annerino*
> Henry M. Baskerville, #49431
> Elizabeth T. Hartsel, #48254
> Michael Annerino, #52681
> Fortis Law Partners LLC
> 1900 Wazee Street, Suite 300
> Denver, Colorado 80202

Telephone: 303.295.9700
Facsimile: 303.295.9701
hbaskerville@fortislawpartners.com
lhartsel@fortislawpartners.com
mannerino@fortislawpartners.com

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2024, I electronically filed the foregoing **MOTION FOR ORDER DIRECTING CLERK TO REQUEST SERVICE ON RESPONDENT MICHAEL BRUBECK BY THE MINISTRY OF JUSTICE OF THE CZECH REPUBLIC** with the Clerk of the Court using the CM/ECF system, which served a copy on the following:

Michael Brubeck
Říční 456/10, Malá Strana, 118 00 Praha 1

                                      *s/ Anastasiya Karant*
                                      Anastasiya Karant
                                      FORTIS LAW PARTNERS LLC